UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In re:

JaVon Patrick and Adonna Patrick,   Case No. 13-47175-wsd
                                    Hon. Walter Shapero
    Debtors.                    Chapter 13
_____/

National Claims Service, LLC,
                                    Adv. Pro. No. 13-04585
    Plaintiff,

v.

JaVon Patrick and Adonna Patrick,

    Defendants.
_____/

## ORDER

Plaintiff having brought this adversary proceeding against Defendants for nondischargeability pursuant to 11 U.S.C. § 523(a)(2)(A) and (a)(6); the Court having held a trial; for the reasons stated in the contemporaneously entered opinion, NOW THEREFORE:

IT IS HEREBY ORDERED that JaVon Patrick's debt to Plaintiff is in the amount of $14,500.00 and said debt is nondischargeable.

IT IS FURTHER ORDERED that Adonna Patrick does not owe Plaintiff any nondischargeable debt.

**Signed on April 14, 2014**

                                        **/s/ Walter Shapero**
                                **Walter Shapero**
                                **United States Bankruptcy Judge**